DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon
fka The Bank of New York, as Trustee for the
Certificateholders of CWMBS, Inc. CHL
Mortgage Pass-Through Trust 2005-HYB 6
Motgage Pass-Through Certificates Series
2005-HYB6*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB 6 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-HYB6,<br><br>Plaintiff,<br><br>vs.<br><br>SBH 2 HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01129-RFB-CWH<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>**(FIRST REQUEST)** |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{38615645;1}
48906732;1
48907867;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1   The Bank of New York Mellon fka The Bank of New York, as Trustee for the

2   Certificateholders of CWMBS, Inc. CHL Mortgage Pass-Through Trust 2005-HYB 6 Motgage Pass-

3   Through Certificates Series 2005-HYB6 (**BoNYM**), and SFR Investments Pool 1, LLC (**SFR**), hereby

4   stipulate and agree that BoNYM shall have an additional seven (7) days, up to and including **May 22,**

5   **2019**, to file its reply in support of motion for leave to amend complaint, which is currently due on

6   May 15, 2019. The motion [ECF No. 33] was filed on April 24, 2019, and SFR's response [ECF No.

7   35] was filed on May 8, 2019. BoNYM requests additional time to fully respond to the arguments in

8   SFR's response.

9      This is the parties' first request for an extension of this deadline, and is not intended to cause

10   any delay or prejudice to any party.

11      DATED this __15th__ day of May, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| _/s/ Jamie K. Combs_ | _/s/ Diana S. Ebron_ |
| DARREN T. BRENNER, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 10580 |
| NATALIE L. WINSLOW, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 10593 |
| JAMIE K. COMBS, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 9578 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89134 | Las Vegas, NV 89139 |
| | |
| _Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc. CHL Mortgage Pass-Through Trust 2005-HYB 6 Motgage Pass-Through Certificates Series 2005-HYB6_ | _Attorneys for SFR Investments Pool 1, LLC_ |

## ORDER

**IT IS SO ORDERED:**



_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT  JUDGE**

DATED: _May 15, 2019_

2

48906732;1
48907867;1